**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6284**

RICKY LEANDER GAMBLE,

                Plaintiff - Appellant,

        v.

GEORGE KENWORTHY; OLIVER S. MUHAMMAD; KHALIL AKBAR; CHAPLAIN
HOVIS,

                Defendants – Appellees,

        and

CHAPLAIN GIDDIONS,

                Defendant.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Fox, Senior
District Judge.  (5:12-ct-03053-F)

Submitted:  May 21, 2015                Decided:  May 27, 2015

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ricky Leander Gamble,  Appellant Pro Se.   Kimberly D. Grande,
NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky Leander Gamble appeals the district court's order granting Defendants' summary judgment motion on his claims alleging Defendants violated his First Amendment rights, as well as his rights under the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. §§ 2000cc to 2000cc-5 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. Gamble v. Kenworthy, No. 5:12-ct-03053-F (E.D.N.C. Feb. 12, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED